1

GARMAN TURNER GORDON LLP
ERIC R. OLSEN

2

Nevada Bar No 3127
Email: eolsen@gtg.legal

3

7251 Amigo Street, Suite 210
Las Vegas, NV 89119

4

Tel: (725) 777-3000
Fax: (725) 777-3112

5

6

Clint S. Morse
N.C. State Bar No. 38384

7

BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, L.L.P.
Suite 2000 Renaissance Plaza

8

230 North Elm Street (27401)
Post Office Box 26000

9

Greensboro, NC 27420-6000
Tel:(336)271-3152

10

Fax: (336)232-9152
Pro Hac Vice Application to Be Submitted

11

*Attorneys for Plaintiff*

12

13

**IN THE UNDER STATES DISTRICT COURT**

14

**FOR THE DISTRICT OF NEVADA**

15

| PPA ENTERPRISES, LLC, | CASE NO. 2:23-cv-01024-APG-VCF |
|---|---|

16

| Plaintiff, | |
|---|---|

17

| v. | **MOTION TO EXTEND TIME TO FILE PRO HAC VICE APPLICATION OF CLINT S. MORSE** |
|---|---|

18

19

| CHAMPIONSHIP COURT, LLC, And DOES I-X; | **(First Request)** |
|---|---|

20

| Defendant. | |
|---|---|

21

22

Plaintiffs PPA ENTERPRISES, LLC ("Plaintiff"), by and through its counsel Eric R.

23

Olsen, Esq. of the law firm of Garman Turner Gordon, and hereby files this Motion for Extension

24

of Time to File Pro Hac Vice Application of Clint S. Morse, from the current deadline of July 19,

25

2023, pursuant to LR IA 6-1.

26

This Motion is made and based on the following Memorandum of Points and Authorities,

27

the other papers and pleadings on file, and any oral argument the Court may permit at the hearing

28

of this matter.

Garman Turner
Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 3

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**LEGAL ARGUMENT**

Plaintiff commenced this action by filing the complaint, on July 3, 2023. [ECF No. 1] The face of the complaint indicated that Clint S. Morse, of BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, L.L.P. in Greensboro, North Carolina, would be submitting an application for admission to practice in this action pro hac vice. On July 5, 2023, the Court issued its NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 11-2. [ECF No. 2] In the Notice, the Court set a deadline of July 19, 2023 for Mr. Morse to submit his application for admission to practice pro hac vice, pursuant to IA 11-2(e).

Unfortunately, Mr. Morse is currently hospitalized and unable to complete his pro hoc vice application. (Additional details can be provided if the Court requires them.) Although Mr. Morse does not at this time know when he may be released from the hospital, the undersigned moves the Court for an initial 14-day extension of the deadline, pursuant to LR IA 6-1. This is Plaintiff's first request for any extension of time.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Garman Turner
Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

## II.

## <u>CONCLUSION</u>

Based on the foregoing, Plaintiff respectfully request the Court grant Plaintiff's Motion.

Dated this 19th day of July 2023.

GARMAN TURNER GORDON LLP

*/s/ Eric R. Olsen*

ERIC R. OLSEN
Nevada Bar No. 3127
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

Clint S. Morse
N.C. State Bar No. 38384
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, L.L.P.
Suite 2000 Renaissance Plaza
230 North Elm Street (27401)
Post Office Box 26000
Greensboro, NC 27420-6000
Tel:(336)271-3152
Fax: (336)232-9152
Pro Hac Vice Application to Be Submitted

*Attorneys for Plaintiff*

4878-2957-5024, v. 1

IT IS SO ORDERED:

Dated: July 24, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Garman Turner
Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000