Ryan Gile, Esq.
rg@gilelawgroup.com
Nevada Bar No. 8807
**GILE LAW GROUP LTD**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PPA ENTERPRISES LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>CHAMPIONSHIP COURT, LLC and DOES I-X,<br><br>  Defendants. | Case No. 2:23-cv-01024-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiff PPA Enterprises LLC ("Plaintiff"), by and through its counsel of record, and Defendant Championship Court LLC ("Defendant"), by and through its counsel of record, hereby agree and stipulate to a 30-day extension of time for Defendant to file and serve its answer or otherwise respond to the Complaint (ECF No. 1). Defendant returned an executed waiver of service sent on September 11, 2023, and so the current response deadline is November 10, 2023 (ECF No. 12).

The parties agree that Defendant shall have up to and including December 10, 2023, to answer or otherwise respond to the Complaint (ECF No. 1). This is the first request by the parties for such an extension.

Good cause for this request exists because counsel for Plaintiff and Defendant have already initiated good faith settlement discussions in order to try and resolve this matter and require additional time to continue such settlement efforts, including memorializing terms and conditions of settlement into writing and having all parties execute a written settlement agreement. Accordingly, this Stipulation is made for good cause and not for purposes of delay.

/ / /

GLG-30848

1

For the foregoing reasons, the parties hereby stipulate and agree to extend the deadline for Defendant to answer or otherwise respond to the Complaint from November 10, 2023, to December 10, 2023.

DATED: October 27, 2023

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| **BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, L.L.P.** | **GILE LAW GROUP LTD.** |
| /s/ Clint S. Morse | /s/ Ryan Gile |
| Clint S. Morse | Ryan Gile, Esq. |
| (admitted pro hac vice) | Nevada Bar No. 8807 |
| N.C. State Bar No. 38384 | 1180 N. Town Center Drive |
| Suite 2000 Renaissance Plaza | Suite 100 |
| 230 North Elm Street (27401) | Las Vegas, NV 89144 |
| Post Office Box 26000 | Tel. (702) 703-7288 |
| Greensboro, NC 27420-6000 | rg@gilelawgroup.com |
| Tel: (336) 271-3152 | |
| Fax: (336) 232-9152 | *Attorney for Defendant* |

GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-30-2023

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

/s/ Ryan Gile
Employee, Gile Law Group Ltd.

GLG-30848

3