Ryan Gile, Esq.
*rg@gilelawgroup.com*
Nevada Bar No. 8807
**GILE LAW GROUP LTD**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PPA ENTERPRISES LLC, | Case No. 2:23-cv-01024-APG-VCF |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CHAMPIONSHIP COURT, LLC and DOES I-X, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: December 7, 2023

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| **BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, L.L.P.** | **GILE LAW GROUP LTD**. |
| */s/ Clint S. Morse* | */s/ Ryan Gile* |
| Clint S. Morse | Ryan Gile, Esq. |
| (admitted pro hac vice) | Nevada Bar No. 8807 |
| N.C. State Bar No. 38384 | 1180 N. Town Center Drive |
| Suite 2000 Renaissance Plaza | Suite 100 |
| 230 North Elm Street (27401) | Las Vegas, NV 89144 |
| Post Office Box 26000 | Tel. (702) 703-7288 |
| Greensboro, NC 27420-6000 | rg@gilelawgroup.com |
| Tel: (336) 271-3152 | |
| Fax: (336) 232-9152 | *Attorney for Defendant* |

GARMAN TURNER GORDON LLP
ERIC R. OLSEN

GLG-30881

1

Nevada Bar No. 3127
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

*Attorneys for Plaintiff*

## ORDER

The above Stipulation is hereby GRANTED.  This case is dismissed with prejudice, with each party bearing its own costs and fees.  The Clerk of Court is kindly instructed to close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 8, 2023